In the Matter of the Claim of MARIE KYRIMES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— HERLIHY, J. P.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.

(November 27, 1967)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHAN SPIELFOGEL, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.